UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,               MEMORANDUM
                                             AND
                Plaintiff,                 ORDER
                                        07-CR-429 (TCP)
    -against-

VARSHA MAHENDER SABHNANI and
MAHENDER MURLIDHAR SABHANANI

                Defendants.
-----------------------------------------------------X

PLATT, District Judge.

The Court acknowledges receipt this morning of June 5, 2007, of a new draft of a "STIPULATION REGARDING CONDITIONS OF RELEASE" by and between the United States Attorney's Office for the Eastern District of New York and the Defendants and their counsel, together with draft memoranda from Stroz Friedberg Investigations.

When, as, and _if_ the attorneys for the Defendants and the United States Attorney reach an agreement as to _all_ the proposed terms of the Release, but not before, the Court will consider same and recall the same for further hearing therein.

SO ORDERED.

                                         /s/
                                    Thomas C. Platt, U.S.D.J.

Dated: Central Islip, NY
       June 5, 2007