UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,

            -against-                  **MEMORANDUM OF DECISION AND ORDER**
                                                        07-cr-429 (ADS) (WDW)

VARSHA MAHENDER SABHNANI and
MAHENDER MURLIDHAR SABHNANI,

                       Defendants.
---------------------------------------------------------------X

**APPEARANCES**:

**BENTON J. CAMPBELL, UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK**
Attorneys for the Plaintiff
610 Federal Plaza
Central Islip, New York 11722
        By:    Mark Joseph Lesko, Assistant United States Attorney,
                 Demetri M. Jones, Assistant United States Attorney

**HOFFMAN & POLLOK LLP**
Attorneys for the Defendant Varsha Mahender Sabhnani
260 Madison Avenue
22nd Floor
New York, NY 10016
        By:    Jeffrey C. Hoffman, Esq.,
                 Susan C. Wolfe, Esq.,
                 Joanna Eftychiou-Evans, Esq., Of Counsel

**SCARING & BRISSENDEN, P.L.L.C.**
Attorneys for the Defendant Mahender Murlidhar Sabhnani
666 Old Country Road, Suite 501
Garden City, NY 11530
    By:    Stephen P. Scaring, Esq.,
            Matthew W. Brissenden, Esq.,Of Counsel

**SPATT, District Judge.**

The Court having received a letter dated May 12, 2008, from Susan C. Wolfe, Esq., counsel for the Defendant Varsha Sabhnani requesting an adjournment of her sentencing to September 26, 2008, and a letter dated May 12, 2008, from Stephen P. Scaring, Esq., counsel for the Defendant Mahender Sabhnani supporting this application, and a letter dated May 15, 2008, from Assistant United States Attorney Mark Lesko in opposition, makes the following ruling:

    1-    The sentencing of Varsha Sabhnani is adjourned from May 30, 2008 to June 26, 2008 at 10 a.m.

    2-    The sentencing of Mahender Sabhnani is to remain scheduled for June 27, 2008 at 3 p.m.

These dates are final and there will be no further extensions of sentencing dates.

With regard to an alleged psychiatric examination of Varsha Sabhnani, counsel is directed to produce the report, if one is obtained, on or before June 10, 2008.

The Court has been advised by a memorandum from Senior United States Pre-Trial Services Officer Arthur E. Bobyak that the Defendant Mahender Sabhnani has been out at night until 1:06 a.m., 1:57 a.m. and 2:30 a.m. In order to ascertain the nature of these late night sojourns, the Court directs a status conference on May 19, 2008 at 9 a.m. at which time the Defendant Mahender Sabhnani, all counsel, United States Pre-Trial Officer Arthur Bobyak and a representative of Stroz Friedberg are directed to be present.

**SO ORDERED**.
Dated: Central Islip, New York
May 16, 2008

      */s/ Arthur D. Spatt*
      ARTHUR D. SPATT
      United States District Judge