## SCARING & BRISSENDEN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

STEPHEN P. SCARING, P.C.
MATTHEW W. BRISSENDEN

(516) 683-8500

FAX
(516) 683-8410

sscaring@scaringlaw.com

August 5, 2010

**Via ECF**

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
1020 Federal Plaza
Central Islip, NY  11722

Re: *United States v. Sabhnani; 07 CR 429*

Dear Judge Spatt,

   As the Court is aware, a restitution hearing currently is scheduled for 9:00 a.m. on Friday, August 6th in the above-captioned matter.  Unfortunately, a scheduling conflict has arisen for our office, as we have another matter pending in Nassau County at the same time.  Stephen Scaring, my partner, is on vacation, and as such I am the only attorney available to cover both appearances.

   As a result, I am writing to respectfully request that the restitution hearing be moved to 2:00 p.m. on Friday, or in the alternative, to the morning of the Monday, August 9th.  AUSA Demetri Jones is currently out of the office, but I have spoken with her legal assistant, who informs me that Ms. Jones is available at either time, and that she consents to this request.

   I apologize for any inconvenience caused by this request, and thank the Court for its consideration.

Respectfully submitted,

Matthew W. Brissenden

MWB/mag

cc:   AUSA Demetri Jones (via fax 631-715-7922)