BEFORE: <u>ARTHUR D. SPATT</u>   DATE: 8/9/10   TIME: 9:37 (5 mins)

DOCKET #: CR-07-0429
CAPTION: USA v. J. Subhnin

## CRIMINAL CAUSE FOR SENTENCING

### APPEARANCES

DEFENDANT: Mahender Sabhnini   COUNSEL: Matthew Brissenden
___ Present  (X) Not present  (X) In Custody  ___ On Bail   ___ CJA (X) Retained  ___ FD

GOVERNMENT: Demetri M. Jones

COURT REPORTER: Harry Rapaport

INTERPRETER: _____

PROBATION: James Fonti

COURTROOM DEPUTY: ME Schoff

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 09 2010 ★
LONG ISLAND OFFICE

✓ Case called.   Dft waives his appearance

___ Counsel for all parties present.

___ Fatico Hearing held: _____

✓ Sentencing held regarding restitution figure

___ Sentencing adjourned to: _____ At _____ AM/PM

___ Statement(s) of defendant and counsel heard.

___ Defendant's objections to the PSR are: _____

___ Defendant's Downward Departure Motion is based on: _____

___ Government's 5K1.1 Letter received.

___ The Downward Departure Motion is: _____

___ Defendant's Guideline Range is: _____

___ Court's Departure from the Guidelines: _____

over

## IMPRISONMENT:

___ The defendant is sentenced to: _____
_____
_____

To be followed by: _____
_____Of Spervised Release.

___ Special Conditions of Supervised Release: _____
_____

___ The Defendant is remanded to the custody of the U.S. Marshals.

___ The Defendant shall surrender to: _____
_____

___ The court makes the following Recommendations to the Bureau of Prisons: ___
_____

## PROBATION:

___ The defendant is sentenced to: _____
_____

___ Special Conditions of Probation: _____
_____

## FINE, RESTITUTION & SPECIAL ASSESSMENT:

___ The Defendant is ordered to pay a Fine in the sum of: $_____

___ The Fine is to be paid: _____
_____

___ The Fine is waived based on the Defendant's inability to pay.

___ Restitution is ordered: _____
_____

___ Special Assessment is imposed in the sum of: $_____

___ Special Assessment to be paid by: _____

___ The Remaining Counts are dismissed on the United States' motion.

___ The Defendant is advised of the Right to Appeal.

NOTES: Partial resentencing as to liquidated damages - Samrah $225,814.69 doubled $451,629.38 Ening $114,118.80 doubled $228,237.60 for a total of $679,866.98. Restitution held in abeyance until after the defts writ of certiorari to the Supreme Court has been decided.